**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PATIENCE OJO a/k/a PATRICIA OJO,**<br>*Plaintiff,*<br><br>**v.**<br><br>**DEVEREAUX ADVANCED BEHAVIORAL HEALTH;** and **KAHLEEF TAYLOR,**<br>*Defendants.* | **Civil No. 25-6872** |

**ORDER**

**AND NOW**, this 14th day of August, 2026, upon consideration of Defendants' Motion to Dismiss (ECF No. 11) and all corresponding briefing, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. Plaintiff's claims are **DISMISSED** without prejudice.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge